IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bush, Gwendolyn | Case Number: 07 B 05874 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,154.66 | |
| Secured: | | 1,676.70 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,874.00 |
| Trustee Fee: | | 259.75 |
| Other Funds: | | 344.21 |
| Totals: | 5,154.66 | 5,154.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,874.00 | 2,874.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 9,725.00 | 1,676.70 |
| 5. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 37,055.35 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 183.50 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,467.70 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 9,634.65 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 9,141.47 | 0.00 |
| 11. | Fidelity Investment | Secured | | No Claim Filed |
| 12. | Bell | Unsecured | | No Claim Filed |
| 13. | CFMC/AHES | Unsecured | | No Claim Filed |
| 14. | CBNA | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | AFSCI | Unsecured | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | Citi Capital | Unsecured | | No Claim Filed |
| 19. | GEMB | Unsecured | | No Claim Filed |
| 20. | Guaranty Bank | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Harris Bank | Unsecured | | No Claim Filed |
| 23. | SPS Payment Systems | Unsecured | | No Claim Filed |
| 24. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 25. | World Financial Network Nat'l | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bush, Gwendolyn

Printed:  5/13/08

Case Number:  07 B 05874
Judge:  Hollis, Pamela S
Filed:  4/2/07

| 26. | First USA | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 70,081.67 | $ 4,550.70 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 259.75 |
| | _____ |
| | $ 259.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____